# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-3265
LT Case No. 2016-CF-001048-A

———————————————

DUANE MICHAEL COTTIER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

3.850 Appeal from the Circuit Court for Citrus County.
Joel D. Fritton, Judge.

Duane Michael Cottier, South Bay, pro se.

James Uthmeier, Attorney General, Tallahassee, and Robin A. Compton, Assistant Attorney General, Daytona Beach, for Appellee.

January 29, 2026

PER CURIAM.

AFFIRMED.

JAY, C.J., and BOATWRIGHT and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____